IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAN BARAJAS, | CASE NO. 5:12-cv-06457 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| RONALD GUARALDI, et. al., | |
| Defendant(s). | |

Having reviewed the Notice of Settlement filed December 6, 2013 (see Docket Item No. 35), and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for December 6, 2013, is CONTINUED to **December 13, 2013, at 10:00 a.m.**  The Order to Show Cause shall be automatically vacated if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **12:00 p.m. on  December 12, 2013.**

The parties are notified that this is the final continuance of the show cause hearing without an appearance.  All counsel shall be present at the hearing on December 13, 2013, unless the stipulated dismissal is filed by the deadline provided by this order.

**IT IS SO ORDERED.**

Dated:  December 6, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-06457 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE