**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAN BARAJAS, | CASE NO. 5:12-cv-06457 EJD |
| Plaintiff(s), | **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |
| v. | |
| RONALD GUARALDI, et. al., | |
| Defendant(s). | |

Having reviewed the parties' Notice filed December 12, 2013 (see Docket Item No. 37) and good cause appearing therefor, the hearing on the Order to Show Cause scheduled for December 13, 2013, is CONTINUED to **December 19, 2013, at 1:30 p.m.** The Order to Show Cause shall be automatically vacated if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **12:00 p.m. on December 18, 2013.**

**IT IS SO ORDERED.**

Dated: December 13, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-06457 EJD
ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE